■ In the Matter of TODD J. FETZER et al., Petitioners-Plaintiffs, and TIMOTHY R. RAY et al., Appellants-Respondents, v TOWN BOARD OF TOWN OF AURORA et al., Respondents-Appellants. [734 NYS2d 915] —Cross appeal unanimously dismissed and judgment affirmed without costs. Memorandum: Supreme Court properly granted the motion of respondents/defendants seeking summary judgment dismissing the petition/complaint in this combined CPLR article 78 proceeding and declaratory judgment action brought to contest the determination of respondent/defendant assessor granting a tax exemption to respondent/defendant Presbyterian Homes of Western New York, Inc. (Homes) under RPTL 420-a and 420-b. Homes is constructing a retirement community/transitional care facility and eventually a skilled nursing facility on that land. The court properly determined that petitioners/plaintiffs lack standing to bring the proceeding/action. Although we previously determined that petitioners/plaintiffs have standing to challenge the tax exemption granted to Homes (*Matter of Fetzer v Town Bd.*, 270 AD2d 804, 804-805), our determination was based primarily upon *Matter of Colella v Board of Assessors* (266 AD2d 286), which has since been reversed by the Court of Appeals (*Matter of Colella v Board of Assessors*, 95 NY2d 401). Thus, we now conclude that petitioners/plaintiffs lack standing. In view of our determination, we do not consider the remaining contentions of petitioners/plaintiffs, and we dismiss the cross appeal of respondents/defendants because those parties are not aggrieved (*see,* CPLR 5511; *Town of Massena v Niagara Mohawk Power Corp.,* 45 NY2d 482, 488; *Matter of Brown v Starkweather,* 197 AD2d 840, 841, *lv denied* 82 NY2d 653). (Appeals from Judgment of Supreme Court, Erie County, Mintz, J.—CPLR art 78.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Burns, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, by ELIOT SPITZER, as Attorney General of State of New York, Respondent, v RICHARD J. DAME, Individually and Doing Business as PRECISION ROOFING Co., Appellant. (Appeal No. 1.) [735 NYS2d 443] —Appeal unanimously dismissed without costs (*see,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Findings of Fact.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Burns, JJ.